**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000553
14-MAR-2017
08:48 AM**

NO. CAAP-16-0000553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the BNC Mortgage Loan Trust 2006-2,
Plaintiff-Appellee,
v.
AVELINA SALVACION, Defendant-Appellant,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 09-1-0007)

ORDER APPROVING THE FEBRUARY 13, 2017
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed February 13, 2017, by Defendant-Appellant Avelina Salvacion, it appears that (1) the appeal was docketed on October 7, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal consistent with the terms of their settlement agreement; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal consistent with the terms of their settlement agreement referenced in the February 13, 2017 Stipulation for Dismissal of Appeal.

DATED: Honolulu, Hawai'i, March 14, 2017.

Presiding Judge

Associate Judge

Associate Judge